415 A.2d 88

**MURRAY COMPANY, INC., Appellee,**

**v.**

**COMMONWEALTH of Pennsylvania, Appellant.**

Supreme Court of Pennsylvania.

Argued May 22, 1980.

Decided June 18, 1980.

Robert Patrick Coyne, Deputy Atty. Gen., for appellant.

Robert A. Cecchini, Ernest D. Preate Sr., Scranton, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

Order 42 Pa.Cmwlth. 571, 401 A.2d 412, affirmed.